

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 2-08-052-CR

JEFFERY SCOTT BATEMAN          APPELLANT

V.

THE STATE OF TEXAS          STATE

----------

FROM THE 213TH DISTRICT COURT OF TARRANT COUNTY

----------

# MEMORANDUM OPINION[1] AND JUDGMENT

----------

We have considered "Appellant's Motion To Withdraw Appeal."  The motion complies with rule 42.2(a) of the rules of appellate procedure. TEX. R. APP. P. 42.2(a).  No decision of this court having been delivered before we received this motion, we grant the motion and dismiss the appeal. *See id.;* TEX. R. APP. P. 43.2(f).

PER CURIAM

PANEL D:   MCCOY, J.; CAYCE, C.J.; and LIVINGSTON, J.

DO NOT PUBLISH
TEX. R. APP. P. 47.2(b)

---

[1] *See* TEX. R. APP. P. 47.4.

DELIVERED: May 22, 2008